**No. 60487.**—Bertrand Freres, Inc., et al. *v.* United States, protests 289288–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 60488.**—Schroeder Bros., Inc. *v.* United States, protest 276795–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of herring similar in all material respects to that the subject of Abstract 57760, the claim of the plaintiff was sustained.

**No. 60489.**—Dunnington & Arnold, Inc. *v.* United States, protest 270276–K (New York).

Opinion by WILSON, J.  The protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, FEBRUARY 13, 1957

**No. 60490.**—Coty, Inc. *v.* United States, protest 288356–K (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of boxes of paper, covered with paper which has a coated surface, but not covered or lined with cotton or other vegetable fiber, the claim of the plaintiff was sustained.